**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Erica Blumenthal

Appellate case number:     01-21-00130-CV

Trial court case number:     2020-62226

Trial court:     280th District Court of Harris County

      Appellant, Erica Blumenthal, filed a Petition for Original Writ of Habeas Corpus and a corresponding Motion for Temporary Relief to Stay Proceedings and to Set Bond seeking to stay enforcement of a March 10, 2021 criminal contempt order. Because appellant did not include a signed criminal contempt order in her appendix, we have nothing to review. We **deny** the Motion for Temporary Relief without prejudice to its refiling upon the filing of the signed contempt order.

      It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                        Acting individually


Date: <u>March 12, 2021</u>